# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARLIN VANN MARTIN ROGERS**　　　　　　　　　　　　　　　　**PLAINTIFF**
#662205

v.　　　　　　　　　**CASE NO. 3:24-CV-00218-BSM**

**DEXTER PAYNE,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 5] is adopted and Marlin Vann Martin Rogers's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a strike for the purposes of 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 7th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE