IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARLIN VANN MARTIN ROGERS**  **PLAINTIFF**
#662205

v.   CASE NO. 3:24-CV-00218-BSM

**DEXTER PAYNE,** *et al.*   **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE